**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEYER INTELLECTUAL PROPERTIES LIMITED; and MEYER CORPORATION, U.S., <br><br> Plaintiffs, <br><br> v. <br><br> BODUM USA, INC., <br><br> Defendant. | Civil Action No. 06-CV-6329 <br><br><br><br><br> Judge Milton I. Shadur <br> Magistrate Judge Sidney I. Schenkier |

## DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW THAT DEFENDANT DID NOT WILLFULLY INFRINGE PLAINTIFF'S PATENTS

Defendant Bodum USA, Inc. ("Bodum"), by and through its counsel, Vedder Price P.C., hereby renews its Motion For Judgment As A Matter Of Law That Defendant Did Not Willfully Infringe Plaintiffs' Patents. For the reasons set forth in the accompanying Memorandum of Law filed herewith, this Court should grant Bodum's renewed motion and find that Bodum did not willfully infringe Plaintiffs' patents.

Dated: March 9, 2011

David E. Bennett
Robert S. Rigg
William J. Voller III
Vedder Price P.C.
222 North LaSalle Street; Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
dbennett@vedderprice.com
rrigg@vedderprice.com
wvoller@vedderprice.com

Respectfully submitted,

BODUM USA, INC.


By: ___s/Robert S. Rigg/___
     One of Its Attorneys

CHICAGO/#2176775.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW THAT DEFENDANT DID NOT WILLFULLY INFRINGE PLAINTIFF'S PATENTS** was served by ECF under Local Rule 5.2 upon:

>Joshua C. Krumholz
>10 St. James Avenue, 11th Floor
>Boston, MA 02116
>Email:  joshua.krumholz@hklaw.com
>
>R. David Donoghue
>131 South Dearborn Street, 30th Floor
>Chicago, IL 60603
>Email:  david.donoghue@hklaw.com

on March 9, 2011.

                                                              s/Robert S. Rigg/