**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Meyer Intellectual Properties Limited; and Meyer Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>Bodum USA, Inc.,<br><br>Defendant(s). | Case No. 06 C 6329<br>Judge Harry D. Leinenweber |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

   which ☐ includes       pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of the defendant Bodum USA, Inc., and against the plaintiffs Meyer Intellectual Properties Limited; and Meyer Corporation, U.S.,

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion Defendant's Motion for Summary Judgment.


Date: 4/7/2014                                    Thomas G. Bruton, Clerk of Court

                                                  /s/ Wanda Parker , Deputy Clerk